# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 2 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America**<br>vs.<br>Edel Felix Castro | Case No. 1:19-CR-00274-NONE-SKO-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Edel Felix Castro_____, have discussed with _____Mark De La Torre_____, Pretrial Services Officer, modifications of my release conditions as follows:

Preface: On September 13, 2020, the defendant, and his 28-year-old step-son, got into an altercation, which led to the defendant pushing and placing his hands on his step-son's neck. This reportedly occurred due to his step-sons' disheveled bedroom and empty beer cans on the floor. His step-son called the Modesto Police Department to report and document the incident; however, he did not want charges filed, and none were filed. The defendant immediately reported his law enforcement contact to Pretrial Services. The defendant has a history of compliance with Pretrial Services, and we believe he would benefit from mental health counseling to assist him in obtaining better coping skills to manage his stress. As a result, and as the defendant is very willing, the request is to:

Add the following condition of release: You must participate in a program of medical or psychiatric treatment as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Edel Felix Castro | 09/22/2020 | /s/ Mark De La Torre | 09/22/2020 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

/s/ Henry Carbajal                                                                                        09/22/2020
Signature of Assistant United States Attorney                                              Date
Henry Carbajal

I have reviewed the conditions with my client and concur that this modification is appropriate.

/s/ Arturo Hernandez                                                                                    09/22/2020
Signature of Defense Counsel                                                                      Date
Arturo Hernandez

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on  Sept 22, 2020 .
☐ The above modification of conditions of release is *not* ordered.

_____        9/22/20
Signature of Judicial Officer                         Date
cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services