Arturo Hernandez-M., Attorney at Law;  State Bar No. 108980
LAW OFFICES OF ARTURO HERNANDEZ-M.
10050 Machado Ln.
San Jose, California 95127
Phone: (408) 729-5785

Fax: (408) 729-0167

Email: Artlawoff@aol.com

Attorney for Defendant, Edel Felix Castro

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>Vs.<br><br>EDEL FELIX CASTRO,<br><br>  Defendant | Case No.  **1:19-cr-274-JLT-SKO-3**<br><br>STIPULATION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |

TO: THE HONORABLE MAGISTRATE JUDGE SHIELA K. OBERTO AND TO THE UNITED STATES ATTORNEY AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY, JEFFREY SPIVAK

PLEASE TAKE NOTICE that Defendant, through his counsel, Arturo Hernandez-M, Attorney at Law, hereby requests an order modifying his conditions of release to have the requirement for random testing terminated.

Defendant Edel Felix Castro is requesting this modification at the suggestion of his pretrial services officer Mr. Daryl Walker.  Mr. Edel Felix Castro has been on pretrial supervision for over three years and has been subject to random drug testing.  Mr. Edel Felix Castro has never had a positive drug test.  Since being on pretrial release, Mr. Castro has been in continued contact with his pretrial services officer and has done everything he has been asked.

The pretrial services officer Daryl Walker has recommended this modification and Assistant United States Attorney has no objection to this request.

**IT IS HEREBY STIPULATED** by and between the parties hereto that EDEL FELIX CASTRO'S drug testing condition be terminated.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 24, 2023 | /s/ Arturo Hernandez |
|  | ARTURO HERNANDEZ-M.<br>Attorney for Defendant<br>EDEL FELIX CASTRO |
| Dated: March 24, 2023 | UNITED STES ATTORNEY'S OFFICE |
|  | /s/Jeffrey Spivak |
|  | JEFFREY SPIVAK<br>Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERED** that EDEL FELIX CASTRO is no longer required to submit to random drug testing as a condition of his pretrial release. All other terms and conditions of his pretrial release shall remain in effect.

Dated: March 27, 2023

*Sheila K. Oberto*
Honorable Shiela K. Oberto
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>EDEL FELIX CASTRO,<br><br>　　　　　Defendant | Case No. **1:19-cr-274-JLT-SKO-3**<br><br>CERTIFICATE OF SERVICE |

    I, ARTURO HERNANEZ-M., the undersigned, declare as follows:
    I am a citizen of the United States, over the age of eighteen years and not party to the within action.
I hereby certify that on March 27, 2023, I electronically filed the Defendant's STIPULATION FOR MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE using the CM/ECF System and have served upon all counsel of record a copy of the foregoing document by uploading the document into the electronically filing system, which automatically causes an email notification to be sent to all counsel of record in the case.

                                                   /s/ Arturo Hernandez
                                                   Arturo Hernandez-M